[No. 3950-1-III.   Division Three.   December 22, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
R. CHRISTIAN, *Appellant.*

Appeal from a judgment of the Superior Court for
Benton County, No. 79-1-00167-1, Richard G. Patrick, J.,
entered March 21, 1980. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Roe, A.C.J., and Green, J.

[No. 4129-8-III.   Division Three.   December 22, 1981.]

WENDY B. DUNAGAN, *Individually and as Personal
Representative, Appellant,* v. RONALD D.
WILLHITE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 250978, Richard P. Guy, J., entered
July 18, 1980. *Affirmed* by unpublished opinion per Green,
J., concurred in by McInturff, C.J., and Roe, J.

[No. 4175-1-III.   Division Three.   December 22, 1981.]

JOHN M. DEVER, *Respondent,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 80-2-00680-5, Philip H. Faris, J.,
entered August 23, 1980. *Affirmed in part* and *reversed in
part* by unpublished opinion per Green, J., concurred in by
McInturff, C.J., and Roe, J.